## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>DIRIGO GLOBAL HOLDINGS, LLC,[1]<br><br>Debtor. | Chapter 11<br>Case No. 24-10084 |

### RESPONSE AND RESERVATION OF RIGHTS
### REGARDING THE APPLICATION OF DEBTOR TO
### COMPROMISE CONTROVERSIES UNDER BANKRUPTCY RULE
### 9019 WITH ASSETS & EQUITY, LLC AND TITAN FUNDING, LLC

6 ECS, LLC ("6 ECS") and DelamaterFarris, LLC ("DF") hereby file this response and reservation of rights (the "Response") regarding the *Application of Debtor to Compromise Controversies under Bankruptcy Rule 9019 with Assets & Equity, LLC and Titan Funding, LLC* [Dkt. No. 108] (the "Settlement Application"). In support of this Response, the 6 ECS and DF state as follows:

### RESPONSE AND RESERVATION OF RIGHTS

1. On April 24, 2024, the Debtor, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 case.

2. On September 23, 2024, the Debtor filed the Settlement Application, which seeks approval of a settlement between the Debtor and Assets & Equity, LLC ("Assets & Equity") and Titan Funding, LLC ("Titan Funding" and, together with Assets & Equity, "Titan").

3. In a limited objection filed in response to the *Debtor's Motion For Entry of: (I) An Order Approving Bid Procedures and Related Relief In Connection With Proposed Sale of 31 Viking Way, Bristol, Maine; and (II) An Order Approving the Sale of 31 Viking Way, Bristol, Maine,*

---

[1] The last four digits of Dirigo Global Holdings, LLC's federal taxpayer identification number are 6323, and its principal place of business is 45 Church Street, Gardiner, Maine 04345.

*Free and Clear of All Liens, Claims, Encumbrances, and Interests, and Granting Related Relief* [Dkt. No. 113] (the "Bristol Bid Procedures Motion"), and on the record at a hearing on the Bristol Bid Procedures Motion held on September 19, 2024, the Movants noted certain concerns regarding the terms of the settlement described by the Settlement Application, including the proposed cross-collateralization of Titan Funding's claims secured by an interest in the Debtor's property located at 9-11 Summer Street in Hallowell, Maine with Asset & Equity's claims secured by an interest in the Debtor's property located at 31 Viking Way, Bristol, Maine.

4.      6 ECS and DF, the Debtor, and Titan have and are engaged in good-faith and productive negotiations regarding the terms of a global settlement the parties, and have made material progress towards terms that are acceptable to all parties, including a resolution of the proposed cross-collateralization.  Based on these negotiations, 6 ECS and DF believe that their objections to the Settlement Application will be resolved on a consensual basis prior to the scheduled hearing on the Settlement Application.

5.      Accordingly, 6 ECS and DF make this filing to reserve all rights prior to expiration of the objection deadline to the Settlement Application, and hereby reserve all their rights, claims, arguments, defenses, and remedies with respect to the Settlement Application, including the right to raise an objection to approval of the Settlement Application at the hearing on October 10, 2024.

## CONCLUSION

6.      Based on the foregoing, 6ECS and DF respectfully reserve the right to object to entry of an order approving of the Settlement Application at the hearing scheduled for October 10, 2024.

Dated:   October 3, 2024

Respectfully submitted,

*/s/ Kyle D. Smith*
Andrew C. Helman
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center; Suite 11100
Portland, ME, 04101
207-810-4955
andrew.helman@dentons.com
kyle.d.smith@dentons.com

*Attorneys for Defendants 6 ECS, LLC and*
*DelamaterFarris, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Kyle D. Smith, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Dated: October 3, 2024

*/s/ Kyle D. Smith*
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101
(207) 553-8368
kyle.d.smith@dentons.com