UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DIRIGO GLOBAL HOLDINGS, LLC, | ) | Case No. 24-10084 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### OBJECTION OF DAVID PERKINS TO MOTION TO CONVERT

My name is David Perkins. I am a creditor of Kevin Mattson in the above-mentioned case.

I am writing to voice my objection to the U.S. Trustee's Motion to Convert Mr. Mattson's case to a Chapter 7 proceeding. I believe that this would result in a significant loss of value for creditors. With a Chapter 7, I expect that Mr. Mattson's assets will result in little or no payment to the creditors.

If Mr. Mattson has competent counsel in the Chapter 11 case, he should be able to deliver a substantial payment to creditors.

The involuntary Chapter 7 filing has not served the interests of the creditors.

I respectfully asked the court to deny the U.S. Trustee's Motion to Convert and instead allow for a plan to be presented for consideration by creditors.

Date: January 10, 2025

*/s/David J. Perkins*
David J. Perkins, Bar No. 3232
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000/P.O. Box 7320
Portland, Maine 04112-7320
207-774-9000
dperkins@curtisthaxter.com

*Attorney for Clifford Mitman and David Perkins*

1

<u>CERTIFICATE OF SERVICE</u>

     I, David J. Perkins, Esq., hereby certify that I am over eighteen years old and that on January 10, 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to debtor's counsel, Office of U.S. Trustee, and all other registered participants to receive service in this case.

Dated:  January 10, 2025            */s/David J. Perkins*
                                                         David J. Perkins
                                                         Curtis Thaxter LLC